UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 37585
  GARY ARTHUR WANDS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
  SSN XXX-XX-3970

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 10/08/2004 and was confirmed 11/29/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  25.25% from remaining funds.

    The case was paid in full 10/25/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DISCOVER FINANCIAL SERVI | UNSECURED | 10527.27 | .00 | 2658.35 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 7692.50 | .00 | 1942.51 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 11479.07 | .00 | 2898.69 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 9684.70 | .00 | 2445.58 |
| *DISCOVER CARD | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | 4750.34 | .00 | 1199.56 |
| LVNV FUNDING LLC | UNSECURED OTH | 1444.49 | .00 | 364.91 |
| ROUNDUP FUNDING LLC | UNSECURED | 5315.54 | .00 | 1342.28 |
| ROUNDUP FUNDING LLC | UNSECURED | 3811.56 | .00 | 962.50 |
| CAPITAL ONE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 4557.73 | .00 | 1150.92 |
| ECAST SETTLEMENT CORP | UNSECURED | 7971.97 | .00 | 2013.08 |
| SHERMAN ACQUISITION | UNSECURED | 10619.44 | .00 | 2681.62 |
| SHERMAN ACQUISITION | UNSECURED | 4303.26 | .00 | 1086.66 |
| ECAST SETTLEMENT CORP | UNSECURED | 16833.84 | .00 | 4250.88 |
| US BANK CORP | UNSECURED | 9481.03 | .00 | 2394.15 |
| DISCOVER PERSONAL LOANS | UNSECURED | 3567.45 | .00 | 900.85 |
| DANIEL K ROBIN LTD | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 1,623.46 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
--------------------------------------------------------------------------
| TRUSTEE | 29,916.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 28,292.54 |
| ADMINISTRATIVE | | .00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 37585 GARY ARTHUR WANDS

```
TRUSTEE COMPENSATION                             1,623.46
DEBTOR REFUND                                         .00
                        ---------------     ---------------
TOTALS                       29,916.00           29,916.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/28/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE